MARSHA JONES MOUTRIE
City Attorney
JOSEPH LAWRENCE
Assistant City Attorney
JEANETTE SCHACHTNER (SBN 116671)
Chief Deputy City Attorney
BARRY A. ROSENBAUM (SBN 116940)
Senior Land Use Attorney
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8336
Facsimile: (310) 395-6727
jeanette.schachtner@smgov.net
barry.rosenbaum@smgov.net

JS-6

Attorneys for Defendants CITY OF SANTA MONICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA MONICA NATIVITY SCENES COMMITTEE, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA MONICA, et al.,<br><br>Defendants. | CASE NO.: CV12-08657ABC (Ex)<br><br>[~~PROPOSED~~] JUDGMENT<br><br><br>Hon. Audrey B. Collins |

Having considered Defendants' Motion to Dismiss, the pleadings and other related submissions presented by the parties, the issues having been fully considered and a decision having been duly rendered by Order dated November 29, 2012 granting Defendants' Motion to Dismiss,

1   IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the
2   action be dismissed with prejudice and on the merits, and that Defendant City of Santa
3
4   Monica be entitled to recover its costs.
5
6   Dated: December 7, 2012

_____
AUDRY B. COLLINS
United States District Judge