William J. Becker, Jr., Esq. (SBN: 134545)
**THE BECKER LAW FIRM**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328
Email: bbeckerlaw@gmail.com

Michael John Peffer, Esq. (SBN: 192265)
**PACIFIC JUSTICE INSTITUTE**
P.O. Box 11630
Santa Ana, CA 92711
Phone: (714) 796-7150
Facsímile: (714) 796-7182
Email: michaelpeffer@pji.org

Attorneys for Plaintiff/Appellant
SANTA MONICA NATIVITY SCENES COMMITTEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA MONICA NATIVITY SCENES COMMITTEE, a California non-profit corporation;<br><br>Plaintiff/Appellant,<br><br>v.<br><br>CITY OF SANTA MONICA,<br><br>Defendant/Appellee. | Case No. CV12-08657ABC (Ex)<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

/ / /

TO DEFENDANT CITY OF SANTA MONICA AND TO ITS ATTORNEYS OF RECORD HEREIN:

Santa Monica Nativity Scenes Committee, the plaintiff herein, appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment of the district court, entered in this case on December 7, 2012, and all interlocutory orders that gave rise to that judgment, including but not limited to Plaintiff's Motion for Preliminary Injunction.

DATED:  December 26, 2012

                              Respectfully submitted,

                              **THE BECKER LAW FIRM**

By:   s/William J. Becker, Jr.
        William J. Becker, Jr., Esq.,
        Attorneys for Plaintiff Santa Monica Nativity Scenes Committee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2013, I electronically mailed the following document in the appeal from D.C. #CV12-08657ABC:

**NOTICE OF APPEAL TO THE UNITED STATES  
COURT OF APPEAL FOR THE NINTH CIRCUIT**

I further certify that I served via follow-up standard U.S mail on January 2, 2013. Service was made upon:

> MARSHA MOUTRIE (SBN 69711)  
> Marsha.Moutrie@smgov.net  
> SANTA MONICA CITY ATTORNEY  
> 1685 Main St Room 310  
> Santa Monica, CA 90401  
> Telephone: (310) 458-8709  
> Facsimile: (310) 395-6727  
> (Attorneys for Defendant)

DATED: January 2, 2013            **THE BECKER LAW FIRM**

By: <u>s/William J. Becker, Jr.</u>  
William J. Becker, Jr. (SBN 134545)